# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRAMBY A. TOLLEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>　　　　Defendants. | 2:15-cv-02035-APG-VCF<br><br>**ORDER** |

　　　Before the court is *Bramby A. Tollen v. Clark County School District*, case no. 2:15-cv-02035-APG-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

　　　IT IS HEREBY ORDERED that a discovery hearing is scheduled for 1:00 p.m., June 15, 2016, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

　　　Dated this 1st day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE