# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BRAMBY A. TOLLEN,

        Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT,

        Defendant.

2:15-cv-02035-APG-VCF

**ORDER**

      Before the court is *Bramby A. Tollen v. Clark County School District*, case no. 2:15-cv-02035-APG-VCF. A discovery plan and scheduling order has been filed pursuant to LR 26-1.

      Accordingly,

      IT IS HEREBY ORDERED that the discovery hearing scheduled for 1:00 p.m., June 15, 2016 is VACATED.

      DATED this 13th day of June, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE