1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  S. SCOTT GREENBERG, ESQ.
   Nevada Bar No. 4622
3  5100 W. Sahara Ave.
   Las Vegas, Nevada 89146
4  (702) 799-5373
   Attorneys for Defendant,
5  CLARK COUNTY SCHOOL DISTRICT

6  **UNITED STATES DISTRICT COURT**

7  **DISTRICT OF NEVADA**

8  BRAMBY TOLLEN,                                CASE NO. 2:15-cv-02035-APG-VCF

9              Plaintiff,

10 v.                                            **STIPULATION AND ORDER FOR**
                                                 **DISMISSAL WITH PREJUDICE**
11 CLARK COUNTY SCHOOL DISTRICT,

12             Defendant.

13

14    COME NOW, the parties, by and through their attorneys of record, and hereby stipulate and agree to the dismissal of this action, with prejudice, and each party to bear their own costs and attorney's fees.  The parties agree no party is to be considered a prevailing party in this action for the purposes of seeking any attorney's fees or costs pursuant to any rule, statute or law, whether local, state or federal.

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Therefore, the parties request the Court enter an order pursuant to this stipulation and dismiss this action with prejudice.

DATED this 24th day of August, 2016.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | LAW OFFICES OF THOMAS D. BEATTY |
|---|---|
| By: /s/ S. Scott Greenberg<br>S. SCOTT GREENBERG<br>Nevada Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>Attorneys for Defendant | By: /s/ Thomas D. Beatty<br>THOMAS D. BEATTY<br>Nevada Bar No. 0475<br>702 S. Fourth St., #400<br>Las Vegas, NV 89101<br>Attorney for Plaintiff |

**IT IS SO ORDERED:**

Dated: August 26, 2016.

_____
UNITED STATES DISTRICT JUDGE

- 2 -